ACCEPTED
06-15-00114-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/17/2015 3:38:22 PM
DEBBIE AUTREY
CLERK

Appellate Docket Number: 06-15-00114-CR

Appellate Case Style: Style: George Washington Sharper

Vs. State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/17/2015 3:38:22 PM

DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|

**I. Appellant**

First Name: George

Middle Name: Washington

Last Name: Sharper

Suffix:

Appellant Incarcerated? ☒ Yes ☐ No

Amount of Bond:

Pro Se: ◯

**II. Appellant Attorney(s)**

☒ Lead Attorney

First Name: Katherine

Middle Name: Anne

Last Name: Ferguson

Suffix:

☒ Appointed ☐ District/County Attorney
☐ Retained ☐ Public Defender

Firm Name: Renshaw, Davis & Ferguson, LLP

Address 1: 2900 Lee Street

Address 2: P.O. Box 21

City: Greenville

State: Texas    Zip+4: 75403-0021

Telephone: (903) 454-6050    ext.

Fax: (903) 454-4898

Email: rdflawoffice@yahoo.com

SBN: 06918050

Add Another Appellant/ Attorney

## III. Appellee

First Name: 

Middle Name: 

Last Name: 

Suffix: 

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond: 

Pro Se: ○

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name: 

Middle Name: 

Last Name: 

Suffix: 

☐ Appointed     ☐ District/County Attorney

☐ Retained     ☐ Public Defender

Firm Name: 

Address 1: 

Address 2: 

City: 

State: Texas     Zip+4: 

Telephone:     ext. 

Fax: 

Email: 

SBN: 

| Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Homicide

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: April 17, 2015

Offense charged: Capital Murder

Date of offense: June 29, 2007

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: July 10, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No    If yes, date filed: May 18, 2015

Motion in Arrest of Judgment: ☐ Yes ☐ No    If yes, date filed: 

Other: ☐ Yes ☐ No    If yes, date filed: 

If other, please specify: 

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA    If yes, date filed: 

Date of hearing:    ☐ NA

Date of order: August 22, 2012    ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

**Court:** 196th Judicial District Court

**County:** Hunt

**Trial Court Docket Number (Cause no):** 28,240

**Trial Court Judge (who tried or disposed of the case):**

First Name: Joe

Middle Name: D.

Last Name: Clayton

Suffix:

Address 1: 100 East Ferguson, Suite 1114

Address 2:

City: Tyler

State: Texas          Zip + 4: 75402

Telephone: (903) 533-9288     ext.

Fax: (903) 533-9687

Email: jdclayton1@aol.com

**Clerk's Record:**

Trial Court Clerk:  ☒ District   ☐ County

Was clerk's record requested?  ☒ Yes  ☐ No

If yes, date requested: July 15, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

**Reporter's or Recorder's Record:**

Is there a reporter's record?  ☒ Yes  ☐ No

Was reporter's record requested?  ☒ Yes  ☐ No

Was the reporter's record electronically recorded?  ☒ Yes  ☐ No

If yes, date requested: July 15, 2015

Were payment arrangements made with the court reporter/court recorder?  ☐ Yes  ☐ No  ☒ Indigent

---

☐ Court Reporter          ☐ Court Recorder
☐ Official                ☒ Substitute

First Name: Mike

Middle Name:

Last Name: Hurley

Suffix:

Address 1:

Address 2:

City:

State: Texas          Zip + 4:

Telephone: (214) 226-2547     ext.

Fax:

Email: mphurley196@aol.com

☒ Court Reporter      ☐ Court Recorder
☐ Official      ☐ Substitute

First Name:    Edwin

Middle Name:

Last Name:    Walker

Suffix:

Address 1:

Address 2:

City:

State:   Texas      Zip + 4:

Telephone:    (903) 408-4190    ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                      Court:

Style:

     Vs.    State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)           Date:   July 17, 2015

                                       State Bar No: 06918050

Printed Name:

Electronic Signature:   Katherine A. Ferguson       Name:   Katherine A. Ferguson
     (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on July 17, 2015      .

| Signature of counsel (or pro se party) | Electronic Signature: Katherine A. Ferguson |
|---|---|
| | (Optional) |
| | State Bar No.: 06918050 |

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;

(2) the name and address of each person served, and

(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: July 17, 2015

Manner Served: Email

First Name: George

Middle Name: Calvin

Last Name: Grogran

Suffix:

Law Firm Name: Hunt County District Attorney's Office

Address 1:

Address 2:

City:

State Texas      Zip+4:

Telephone: (903) 408-4180      ext.

Fax:

Email: cgrogan@huntcounty.net